# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

July 11, 2025

CL-2024-0668

K.M. v. L.N.F. (Appeal from Lauderdale Juvenile Court:  CS-22-900090).

CL-2024-0669

K.M. v. L.N.F. (Appeal from Lauderdale Juvenile Court:  CS-22-900090.01).

CL-2024-0670

K.M. v. L.N.F. (Appeal from Lauderdale Juvenile Court:  CS-22-900090.02).

## <u>NOTICE</u>

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards, Hanson, and Fridy, JJ., concur.

Seth P. Rhodebeck, Clerk